Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY O. MURCH, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PETTI, Appellant. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SORENSON, Appellant. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.—

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD PIOTROWSKI, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND CHESTER PITTS, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.